December 23, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

EP ENERGY E&P COMPANY, L.P. F/K/A EL PASO PRODUCTION, Appellant

NO. 14-13-00734-CV                                    V.

CUDD PRESSURE CONTROL, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Cudd Pressure Control, Inc., signed, August 9, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, EP Energy E&P Company, L.P. f/k/a El Paso Production, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.